```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

DAMON LUCKY,

                Defendant.

16 Cr. 0071 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Defendant Damon Lucky ("Lucky") seeks early termination of his term of supervised release. (See Dkt. No. 120.) Lucky was sentenced to serve 60 months' incarceration to be followed by four years' supervised release. Lucky has served approximately two years and nine months' of that term and has mainly complied with all conditions of supervised release; a clean record the Court commends. Having, however, reviewed Lucky's and the Government's submissions, the Court finds that early termination is not warranted at this time, largely for the reasons articulated by the Government. (See Dkt. No. 122.) Lucky's request is therefore **DENIED**.

**SO ORDERED.**

Dated:    18 April 2023
            New York, New York

                                    _____
                                      Victor Marrero
                                        U.S.D.J.