USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

DAMON LUCKY,

                Defendant.

**16 Cr. 71 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    In a letter dated July 28, 2023 (see Dkt. No. 124), Defendant asks the Court to reconsider its previous Order (see Dkt. No. 123) denying his request for early termination of his term of supervised release.

    Defendant's request for reconsideration is **DENIED**. There is no showing that serving the remaining term of supervised release would interfere with Defendant's pursuit of opportunities for business ventures.

**SO ORDERED.**

Dated:    12 September 2023
            New York, New York

                                        Victor Marrero
                                        U.S.D.J.